**Confirmation Number: 9243753**
**Louisiana**
LaFayette Parish
Clerk of Courts - IN OFFICE



### Transaction Details

Employee
**HANNAH DUFRENE**
Name
**KRIS P KIEFER**
Purpose of Payment
**20221832 ROBERTSON V. TOSHHUJAEV**

### Credit Card Payment Address Information

| | |
|---|---|
| Order Number | 9243753 |
| Customer Name | KRIS P KIEFER |
| Email Address | |
| Address | 2310 METAIRIE ROAD METAIRIE, LA  70001 |
| Phone Number | (504) 828-3313 |
| Credit Card Number | 3XXX XXXX XXX1 016 |
| Credit Card Type | AMEX |
| Expiration Date | 1224 |
| Operator Name | |
| Transaction Time | 5/6/2022 12:19:14 PM |
| Authorization Code | 213890 |
| Convenience Fee Authorization Code | 263792 |
| Transaction ID | 2043941514 |
| Purchase Type | sale |
| Agency Total | 21.00 |
| Convenience Fee | $1.00 |
| Total Amount Charged to Card | 22.00 |

**ONE OR BOTH CHARGES WILL APPEAR AS PAYGOV.US ON YOUR CARD STATEMENT.**
For questions about this payment, please call (866) 480-8552.
PayGov, LLC
5144 E. Stop 11 Rd. Indianapolis, IN 46237
http://paygov.us
**Disputing a charge with your credit card company may result in an additional $40.00 charge.**

**Lafayette Parish , LA**
**Louis J. Perret Clerk of Court**

P.O. Box 2009
Lafayette, LA 70502-2009
Phone Number : (337) 291-6400

**Official Receipt : 2022-00038659**

**Printed On :** 05/06/2022   **at** 11:20:24 AM                    **By :** 315   **on** LCC-CRFRONT1

**Customer :**
KRIS P KIEFER
2310 METAIRIE ROAD
METAIRIE, LA  70001

**Date Recorded :** May 06, 2022

| Instrument ID | Recorded Time | Amount |
|---|---|---|
| | 11:20:13 AM | $16.00 |

**Transaction :** COPIES (CIVIL)
Remarks : 20221832 ROBERTSON V. TOSHHUJAEV

| Accounts | Amount |
|---|---|
| Copies | $16.00 |

| Instrument ID | Recorded Time | Amount |
|---|---|---|
| | 11:20:14 AM | $5.00 |

**Transaction :** CERTIFIED PAGES (CIVIL)
Remarks : 20221832 ROBERTSON V. TOSHHUJAEV

| Accounts | Amount |
|---|---|
| Certified Copies | $5.00 |
| Copies | $0.00 |

| | |
|---|---|
| **Total Due :** | $21.00 |
| **Paid By CREDIT CARD :** | $21.00 |
| **Change Tendered :** | $0.00 |

THANK YOU FOR ALLOWING US TO SERVE YOU -
LOUIS J. PERRET, CLERK OF COURT

Civil Records

**LOUIS J. PERRET**
**CLERK OF COURT, PARISH OF LAFAYETTE**
**P. O. BOX 2009**
**LAFAYETTE, LA  70502**
**Telephone: (337) 291-6303   Fax: (337) 291-6392**

**STATE OF LOUISIANA**                  **OFFICE OF THE CLERK OF COURT**
**PARISH OF LAFAYETTE**                 **15ᵀᴴ JUDICIAL DISTRICT COURT**

I, Hannah C. Dufrene, Deputy Clerk of Court, in and for the Parish of Lafayette, State of Louisiana, do

hereby certify that the attached documents are true and correct copies from the civil suit entitled:

**SKYE ROBERTSON**

**VS**                                  **DOCKET NUMBER: C-20221832 D**

**DIAMOND CARGO INC, ET AL**

Consisting of 16 pages, the original of which documents are on file in the Lafayette Parish Clerk of Court

Office.

Lafayette, Louisiana, this MAY 6, 2022.

Hannah C. Dufrene, Deputy Clerk of Court
Lafayette Parish

Lafayette Parish
Filed Apr 08, 2022 12:34 PM
Martina Reaux
Deputy Clerk of Court

C-20221832
D



**GORDON**
MCKERNAN INJURY ATTORNEYS

**2505 Verot School Road**
**Lafayette, LA 70508**
337-347-7565 – Telephone
337-704-2805 - Facsimile

April 8, 2022

**STAMPED COPY GIVEN**

Lafayette Parish Clerk of Court
ATTN: CIVIL
800 S. Buchanan Street
Lafayette, LA 70501

**VIA HAND DELIVERY**

> RE:   Skye Robertson
>          v. Buzrukhuja Toshhujaev, et al

Dear Clerk:

Please find enclosed for filing a Petition for Damages, Request for Notice, and Civil Case Reporting Form.  Please return a filed copy to my office.  A check in the amount of $650.00 is enclosed to cover the costs.

Please forward all service returns to my office.  If you have any questions, please contact Gabbie in my office at 337-347-7565.  Thank you.

Sincerely yours,

Brian Colomb

BCC/gmd
Enclosures

Lafayette Parish
Filed Apr 08, 2022 12:34 PM
Martina Reaux
Deputy Clerk of Court

C-20221832
D

| | |
|---|---|
| **SKYE ROBERTSON** | **15TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO. _____** |
| **BUZRUKHUJA TOSHHUJAEV, ET AL** | **LAFAYETTE PARISH, LOUISIANA** |

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes petitioner, **SKYE ROBERTSON**, a citizen of the State of Louisiana, who respectfully presents the following petition for damages, to wit:

1.

Made defendants herein are:

a) **DIAMOND CARGO INC.,** believed to be a foreign corporation, domiciled and incorporated in Ohio, and the owner of the eighteen-wheeler driven by **BUZRUKHUJA TOSHHUJEAV** involved in the collision at issue and/or was the employer of the driver of said eighteen-wheeler, defendant, **BUZRUKHUJA TOSHHUJAEV,** and, as such, is liable jointly, severally and in solido with one or more defendants for all damages which may be cast in favor of petitioner, plus costs and interest from the date of judicial demand;

b) **PROGRESSIVE CASUALTY INSURANCE COMPANY,** believed to be a foreign insurance company authorized to do and doing business in the State of Louisiana at all times relevant herein that, based upon information and belief, maintained one or more policies of primary and/or excess liability insurance insuring **BUZRUKHUJA TOSHHUJAEV, DIAMOND CARGO INC.,** and/or the eighteen-wheeler being operated by **BUZRUKHUJA TOSHHUJAEV** involved in the subject collision, against liability in the premises and, as such, is liable jointly, severally and in solido with one or more defendants for all damages which may be cast in favor of petitioner, plus costs and interest from the date of judicial demand; and

c) **BUZRUKHUJA TOSHHUJAEV,** believed to be a person of the full age of majority and a resident of and domiciled in either New York or Ohio, and who was the owner and/or driver of the eighteen-wheeler that was involved in the subject collision and, as such, is liable jointly, severally and in solido with one or more defendants for all damages which may be cast in favor of petitioner, plus costs and interest from the date of judicial demand.

2.

The defendants, **DIAMOND CARGO INC., PROGRESSIVE CASUALTY INSURANCE COMPANY,** and **BUZRUKHUJA TOSHHUJAEV,** are liable, jointly, severally and *in solido* to the petitioner for the harms and losses which he sustained, together with legal interest from the date of judicial demand and costs of these proceedings for the following reasons, to wit:

3.

On or about April 13, 2021, at approximately 3:10 p.m., petitioner, **SKYE ROBERTSON,** was driving an eighteen-wheeler traveling eastbound in the left lane of I-10, in Lafayette, Louisiana. At the same time, **BUZRUKHUJA TOSHHUJAEV** was also driving an eighteen-wheeler, behind **MR. ROBERTSON.** As **MR. ROBERTSON** approached the overpass near Ambassador Caffery Parkway he was forced to bring his eighteen-wheeler to a stop due to congestion on I-10. While **MR. ROBERTSON** was stopped, **BUZRUKHUJA TOSHHUJAEV** caused the front of his eighteen-wheeler to strike the rear of **MR. ROBERTSON'S** truck.

4.

At all times pertinent hereto, petitioner, **SKYE ROBERTSON,** drove his vehicle safely and with due prudence. **SKYE ROBERTSON** bears no fault in causing the subject collision.

5.

Petitioner avers that the below described injuries, harms, and losses were caused solely by the negligence and fault of defendants, **DIAMOND CARGO INC.** and/or **BUZRUKHUJA TOSHHUJAEV,** in the following, non-exclusive, particulars, to wit:

a.   In operating a vehicle in violation of the traffic laws of Louisiana;

b.   Failing to maintain control of the vehicle;

c.   Failing to maintain a proper outlook;

d.   Traveling at an unreasonably dangerous speed for the traffic and/or roadway conditions as they existed at the time of the collision;

e.   Failing to do what should have been done to avoid the collision set forth herein;

f.   Careless and/or negligent operation;

g.   Violating any and all applicable laws, rules, regulations, and/or standards including, but not limited to, La. R.S. 32:58;

h.   Negligent hiring, training, supervision and/or entrustment;

i.   Petitioner also invokes the presumption of fault of a motorist who strikes another motorist from the rear; and

j.   All other acts of negligence and/or fault that will be shown at the trial of this matter.

6.

Upon information and belief, at all times pertinent hereto, defendant, **BUZRUKHUJA TOSHHUJAEV,** was working as an employee of defendant, **DIAMOND CARGO INC.,** and was driving the eighteen-wheeler with the permission of his employer.

7.

**DIAMOND CARGO INC.** is vicariously liable for the actions of **BUZRUKHUJA TOSHHUJAEV** set forth herein under the doctrine of *Respondeat Superior* and/or Louisiana law.

8.

Directly and solely as a result of the collision in question, **SKYE ROBERTSON** suffered various injuries and, as a result, is entitled to recover all available damages including, but not limited to:

    a.    Physical pain and suffering – past, present, and future;

    b.    Mental anguish and/or emotional distress – past, present, and future;

    c.    Disability and/or impairment – past, present, and future;

    d.    Lost Wages and/or loss of earning capacity - past, present, and future;

    e.    Loss of enjoyment of life – past, present, and future;

    f.    Medical expenses – past, present, and future; and

    g.    Any and all other damages which will be established at the time of trial.

9.

Petitioner, **SKYE ROBERTSON**, is therefore entitled to damages for the items set forth in such amounts as are reasonable in the premises.

10.

Petitioner is informed, believes and therefore alleges that at the time of the collision at issue the defendant, **PROGRESSIVE CASUALTY INSURANCE COMPANY**, had issued a liability insurance policy to **DIAMOND CARGO INC.** and/or **BUZRUKHUJA TOSHHUJAEV**, and under the laws of the State of Louisiana said policy was in full force and effect at the time of the subject collision, and which insurance inures to the benefit of Petitioner under the provisions of the Louisiana Direct Action Statute, L.A. R.S. 22:1269.

11.

Petitioner further alleges on information and belief that under the terms of the said policy, **PROGRESSIVE CASUALTY INSURANCE COMPANY** obligated itself to pay any and all damages caused to Petitioner as a result of the negligence and/or fault of **DIAMOND CARGO INC.** and/or **BUZRUKHUJA TOSHHUJAEV** in the collision at issue herein.

12.

Pursuant to the provisions of the Louisiana Code of Civil Procedure, Article 1423, *et sec.*,
Petitioner is entitled to a certified copy of all insurance policies issued to and/or otherwise insuring
**DIAMOND CARGO INC.** and/or **BUZRUKHUJA TOSHHUJAEV** for the claims made by
Petitioner herein.   Petitioner herein requests a certified copy of any and all such policies of
insurance within thirty (30) days of service of the petition upon them.

13.

**DIAMOND   CARGO   INC.,   PROGRESSIVE   CASUALTY   INSURANCE
COMPANY,** and **BUZRUKHUJA TOSHHUJAEV** are therefore liable, jointly, severally, and
*in solido*, unto the Petitioner for all damages sustained by Petitioner in said collision.

14.

The value of Petitioner's claim exceeds $75,000.00.

15.

Venue is proper in this judicial district pursuant to La. C.C.P. art. 74 since the collision
occurred in Lafayette Parish.

**WHEREFORE, PETITIONER PRAYS** that defendants, **DIAMOND CARGO INC.,
PROGRESSIVE   CASUALTY   INSURANCE   COMPANY,** and   **BUZRUKHUJA
TOSHHUJAEV,** be duly cited to appear and answer this petition and that after due proceedings
are had and the lapse of all legal delays that there be a judgment herein and in favor of petitioner,
**SKYE ROBERTSON,** and against defendants, **DIAMOND CARGO INC., PROGRESSIVE
CASUALTY INSURANCE COMPANY,** and **BUZRUKHUJA TOSHHUJAEV,** jointly,
severally and *in solido*, for damages in an amount which is reasonable within the premises, together
with legal interest thereon from date of judicial demand until paid and for all costs of these
proceedings.

**PETITIONER FURTHER PRAYS** for any and all additional legal equitable relief which
this Honorable Court may deem necessary and proper.

Respectfully Submitted,

**BRIAN C. COLOMB (Bar No. 25625)**
2505 Verot School Road
Lafayette, LA  70508
Telephone:  337-541-6584
Fax:  337-704-2805
brian@getgordon.com
**ATTORNEYS FOR PETITIONER,**
**SKYE ROBERTSON**

<u>**PLEASE SERVE:**</u>

**DIAMOND CARGO INC.**
Through the Long Arm Statute:
Nodir Ashirov
5535 Sterling Lakes Circle, At. 207
Mason, OH 45040

**PROGRESSIVE CASUALTY INSURANCE COMPANY**
Through its agent for service of process:
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA  70809

**BUZRUKHUJA TOSHHUJAEV**
Through the Long Arm Statute:
1738 Dahill Road, #2
Brooklyn, NY 11223

**BUZRUKHUJA TOSHHUJAEV**
Through the Long Arm Statute:
3927 S Chalet Circle
Beavercreek, OH 45431

Lafayette Parish
Filed Apr 08, 2022 12:34 PM
Martina Reaux
Deputy Clerk of Court

C-20221832
D

SKYE ROBERTSON                          15TH JUDICIAL DISTRICT COURT

VERSUS                                  DOCKET NO. _____

BUZRUKHUJA TOSHHUJAEV,                  LAFAYETTE PARISH, LOUISIANA
ET AL

■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■ ■

## <u>REQUEST FOR NOTICE</u>

Please take notice that BRIAN C. COLOMB, attorney for petitioner, does hereby request

written notice of the date of trial of the above matter as well as notice of hearings (whether on

merits or otherwise), orders, judgments, and interlocutory decrees, and any and all formal steps

taken by the parties herein, the Judge or any member of Court, as provided in Louisiana Code of

Civil Procedure of 1960, particularly Articles 1572, 1913, and 1914.

Respectfully Submitted,

BRIAN C. COLOMB (Bar No. 25625)
2505 Verot School Road
Lafayette, LA  70508
Telephone:  337-541-6584
Fax:  337-704-2805
brian@getgordon.com
ATTORNEYS FOR PETITIONER,
SKYE ROBERTSON

Lafayette Parish
Filed Apr 08, 2022 12:34 PM
Martina Reaux
Deputy Clerk of Court

C-20221832
D

## APPENDIX 9.6
## LOUISIANA CIVIL CASE REPORTING
### Civil Case Cover Sheet – LA. R.S. 13:4688,  Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court.  The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

SKYE ROBERTSON

**vs.**

PROGRESSIVE CASUALTY INSURANCE COMPANY, ET

**Court:** ___15TH JDC___          **Docket Number:** ___C-20221832___

**Parish of Filing:** _LAFAYETTE_          **Filing Date:** ___APRIL 8, 2022___

**Name of Lead Petitioner's Attorney:** _Brian C. Colomb_____

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** _1___          **Number of named defendants:** _3_

**Type of Lawsuit:  Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

| | |
|---|---|
| _X_Auto: Personal Injury | __ Auto: Property Damage |
| __Auto: Wrongful Death | __ Auto: Uninsured Motorist |
| __Asbestos: Property Damage | __ Asbestos: Personal Injury/Death |
| __Product Liability | __ Premise Liability |
| __Intentional Bodily Injury | __ Intentional Property Damage |
| __Intentional Wrongful Death | __ Unfair Business Practice |
| __Business Tort | __ Fraud |
| __Defamation | __ Professional Negligence |
| __Environmental Tort | __ Medical Malpractice |
| __ Intellectual Property | __ Toxic Tort |
| __ Legal Malpractice | __ Other Tort (describe below) |
| __ Other Professional Malpractice | __ Redhibition |
| __ Maritime | __ Class action (nature of case) |
| __ Wrongful Death | |
| __General Negligence | |

**Please briefly describe the nature of the litigation in one sentence of additional detail:**
Petitioner sustained injuries when his vehicle was struck from the rear by defendants' vehicle.

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

Name _Brian C. Colomb_          Signature _____

Address _2505 Verot School Road, Lafayette, LA  70508_

Phone number: _337-541-6584_          E-mail address: _brian@getgordon.com_

Lafayette Parish
Filed Apr 22, 2022 9:13 AM
Simone Vaughan
Deputy Clerk of Court

C-20221832
D

 GORDON
MCKERNAN INJURY ATTORNEYS

**2505 Verot School Road**
**Lafayette, LA 70508**
337-347-7565 – Telephone
337-704-2805 - Facsimile

April 18, 2022

Lafayette Parish Clerk of Court
ATTN: CIVIL
800 S Buchanan Street
Lafayette, LA 70501

RE:   Skye Robertson
      v. Buzrukhuja Toshhujaev, et al
      Docket No. C-20221832 D

Dear Clerk:

Please find enclosed for filing an Affidavit for Service. Please return a filed copy to my office. Per the clerk, we have enough money on file to cover costs.   **STAMPED COPY MAILED**
**April 22, 2022        HD**

If you have any questions, please contact Gabbie in my office at 337-347-7565.  Thank you.

Sincerely yours,

Brian Colomb

BCC/gmd
Enclosures

Lafayette Parish
Filed Apr 22, 2022 9:13 AM
Simone Vaughan
Deputy Clerk of Court

C-20221832
D

| | |
|---|---|
| SKYE ROBERTSON | 15TH JUDICIAL DISTRICT COURT |
| VERSUS | DOCKET NO. C-20221832 D |
| BUZRUKHUJA TOSHHUJAEV, ET AL | LAFAYETTE PARISH, LOUISIANA |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## AFFIDAVIT OF SERVICE

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned Notary, personally came and appeared Gabrielle Melancon, who did depose and state that:

On April 18, 2022, I deposited in the United States mail, enclosed in envelopes and properly addressed to the defendant, Diamond Cargo Inc., sent by Certified Mail, Return Receipt Requested, Receipt No. 7021 2720 0001 2586 4177 (see Exhibit "A" attached), a Citation and copy of Plaintiff's Petition for Damages in the above matter.

WITNESSES:

_____                    _____

_____                    GABRIELLE MELANCON

_____
NOTARY PUBLIC
DAWN O. DOUCET
Notarial # 48785

Lafayette Parish
Filed Apr 22, 2022 9:13 AM
Simone Vaughan
Deputy Clerk of Court
C-20221832
D

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Diamond Cargo Inc.
Nadir Ashurov
5535 Sterling Lakes Circle, Apt. 201
Mason, OH 45040

9590 9402 7150 1251 9665 04

2. Article Number (Transfer from service label)
7021 2720 0001 2586 4177

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee  $
Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)     $
□ Return Receipt (electronic)   $
□ Certified Mail Restricted Delivery  $
□ Adult Signature Required      $
□ Adult Signature Restricted Delivery $
Postage  $
Total Postage and Fees
$

Sent To Diamond Cargo Inc., Nadir Ashurov
Street and Apt. No., or PO Box No. 5535 Sterling Lakes Circle, Apt. 201
City, State, ZIP+4® Mason, OH 45040

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7021 2720 0001 2586 4177

CERTIFIED MAIL



EXHIBIT
A

Lafayette Parish
Filed Apr 22, 2022 9:15 AM
Simone Vaughan
Deputy Clerk of Court

C-20221832
D



**GORDON**
MCKERNAN INJURY ATTORNEYS

2505 Verot School Road
Lafayette, LA 70508
337-347-7565 – Telephone
337-704-2805 - Facsimile

April 18, 2022

Lafayette Parish Clerk of Court
ATTN: CIVIL
800 S Buchanan Street
Lafayette, LA 70501

RE:    Skye Robertson
       v. Buzrukhuja Toshhujaev, et al
       Docket No. C-20221832 D

Dear Clerk:

Please find enclosed for filing an Affidavit for Service. Please return a filed copy to my office. Per the clerk, we have enough money on file to cover costs.

If you have any questions, please contact Gabbie in my office at 337-347-7565. Thank you.

Sincerely yours,        **STAMPED COPY MAILED**
                        **April 22, 2022        HD**

Brian Colomb

BCC/gmd
Enclosures

Lafayette Parish
Filed Apr 22, 2022 9:15 AM
Simone Vaughan
Deputy Clerk of Court

C-20221832
D

| | |
|---|---|
| **SKYE ROBERTSON** | **15TH JUDICIAL DISTRICT COURT** |
| **VERSUS** | **DOCKET NO. C-20221832 D** |
| **BUZRUKHUJA TOSHHUJAEV, ET AL** | **LAFAYETTE PARISH, LOUISIANA** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## <u>AFFIDAVIT OF SERVICE</u>

STATE OF LOUISIANA

PARISH OF LAFAYETTE

BEFORE ME, the undersigned Notary, personally came and appeared Gabrielle Melancon, who did depose and state that:

On April 18, 2022, I deposited in the United States mail, enclosed in envelopes and properly addressed to the defendant, Buzrukhuja Toshhujaev, sent by Certified Mail, Return Receipt Requested, Receipt Nos. 7021 2720 0001 2586 4160 (see Exhibit "A" attached) and 7021 2720 0001 2586 4153 (see Exhibit "B" attached), a Citation and copy of Plaintiff's Petition for Damages in the above matter.

WITNESSES:

_Surronne Starr_

_Meghan Romero_

_Gabrielle Melancon_
GABRIELLE MELANCON

_[signature]_
NOTARY PUBLIC
DAWN O. DOUCET
Notarial # 48785

Lafayette Parish
Filed Apr 22, 2022 9:15 AM
Simone Vaughan
Deputy Clerk of Court

C-20221832
D

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Burrukhuja Toshhujaev
1738 Bamil Road, #2
Brooklyn, NY 11223

9590 9402 6603 1028 5900 31

2. Article Number (Transfer from service label)

7021 2720 0001 2586 4160

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
□ Agent
□ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below:     □ No

S.Robertson / own

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
☑ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)     $
□ Return Receipt (electronic)   $
□ Certified Mail Restricted Delivery  $
□ Adult Signature Required      $
□ Adult Signature Restricted Delivery $

Postmark
Here

Postage
$

Total Postage and Fees
$

Sent To  Burrukhuja Toshhujaev
Street and Apt. No., or PO Box No. 1738 Bamil Road, #2
City, State, ZIP+4® Brooklyn, NY 11223

7021 2720 0001 2586 4160

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

0960 9852 1000 0272 7021

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE


EXHIBIT
A
tabbies

Case 1:22-cv-01442   Document 1-3   Filed 05/27/22   Page 18 of 19 PageID #:  28

Lafayette Parish
Filed Apr 22, 2022 9:15 AM
Simone Vaughan
Deputy Clerk of Court

C-20221832
D

---

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BUZYUKMUJA Toshnujaev
9907 S Chalet Circle
Beavercreek, OH 45431

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X
□ Agent
□ Addressee

B. Received by (Printed Name)     C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:         □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

9590 9402 6603 1028 5900 17

2. Article Number (Transfer from service label)
7021 2720 0001 2586 4153

S. Robertson / gmg

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

---

U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee

Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)          $
□ Return Receipt (electronic)        $
□ Certified Mail Restricted Delivery $
□ Adult Signature Required           $
□ Adult Signature Restricted Delivery $

Postage

Total Postage and Fees
$

Postmark
Here

Sent To BUZYUKMUJA Toshnujaev
Street and Apt. No., or PO Box No. 9907 S Chalet Circle
City, State, ZIP+4® Beavercreek, OH 45431

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7021 2720 0001 2586 4153
7021 2720 0001 2586 4153

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE



EXHIBIT
B

Lafayette Parish
Filed May 05, 2022
Martina Reaux
Deputy Clerk of Court
E-File Received May 05, 2022 4:01 PM

C-20221832
D

P-777

**15TH JUDICIAL DISTRICT COURT FOR THE PARISH OF LAFAYETTE
STATE OF LOUISIANA**

**NO. C-20221832**                                       **DIVISION "D"**

**SKYE ROBERTSON**

**vs.**

**BUZRUKHUJA TOSHHUJAEV, DIAMOND CARGO, INC.
and PROGRESSIVE CASUALTY INSURANCE COMPANY**

**FILED:**_____        _____
                                                        **DEPUTY CLERK**

**MOTION FOR EXTENSION OF TIME**

NOW INTO COURT, through undersigned counsel, comes defendant, Progressive Preferred Insurance Company, incorrectly referred to Progressive Casualty Insurance Company, in the above entitled and numbered cause and on suggesting to this Honorable Court that defendant requires an additional thirty (30) days within which to file responsive pleadings to plaintiff's Petition for Damages.

IT IS ORDERED that defendant, Progressive Preferred Insurance Company, incorrectly referred to Progressive Casualty Insurance Company, be and is hereby granted an additional thirty (30) days from the date of signing this Order, within which to file responsive pleadings to plaintiff's Petition for Damages.

Lafayette, Louisiana, this _____ day of _____, 2022.

_____
                            **JUDGE**

Respectfully submitted,

**KIEFER & KIEFER**

_____
CHRIS M. SHORT (#32689)
NAT G. KIEFER, JR.  (#1461)
AMANDA G. MORSE (#35137)
2310 Metairie Road
Metairie, Louisiana 70001
Telephone:   (504) 828-3313
Facsimile:   (504) 828-0024
Email:       cshort@kieferlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing have been forwarded to all counsel of record by via U.S. mail, email, or facsimile, this 5th day of May, 2022.

_____
                            **Chris M. Short**

NO TRIAL DATE SET